```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BAISHU CHENG, BAIYUN LI, and HAN                            :
CHENG,                                                      :
                                                            :
                            Plaintiffs,                     :     21-CV-2230 (VSB)
                                                            :
            -against-                                       :        ORDER
                                                            :
ALEJANDRO MAYORKAS and TRACY                                :
RENAUD,                                                     :
                                                            :
                            Defendants.                     :
                                                            :
--------------------------------------------------------- X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 4/12/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiffs filed this action on March 15, 2021, (Doc. 1), and filed an affidavit of service on March 16, 2021, (Doc. 6). The deadline for Defendants to respond to Plaintiffs' complaint was April 6, 2021. (*See* Doc. 6.) To date, Defendants have not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 26, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 12, 2021
            New York, New York

                                                                                    VERNON S. BRODERICK
                                                                                   United States District Judge